# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MELISSA L. NORMAN,**

       **Plaintiff,**

-vs-                            **Case No. 6:09-cv-1594-Orl-31GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

_____

## ORDER

This cause comes before the Court on the Complaint (Doc. No. 1) filed by Plaintiff on September 15, 2009, to appeal the final decision of the Commissioner of Social Security (the Commissioner) to deny her application for benefits.

On February 14, 2011, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the decision of the Commissioner be reversed and the case be remanded. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The decision of the Commissioner is **REVERSED** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to enter judgment and close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 3rd day of March, 2011.

                                                              GREGORY A. PRESNELL
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party