# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MELISSA L. NORMAN,**

        **Plaintiff,**

-vs-　　　　　　　　　　　　　　　　　Case No. 6:09-cv-1594-Orl-31GJK

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

Upon consideration of Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 28), it is

**ORDERED** that the Request is **GRANTED**, and Culbertson is awarded a fee in the amount of $11,795.50.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 10, 2012.

                                              GREGORY A. PRESNELL
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party